SEBASTIAN DUNCAN, Jr., Respondent, *v.* THE PREFERRED MUTUAL ACCIDENT ASSOCIATION of New York, Appellant.

(Argued October 21, 1891; decided December 1, 1891.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made

March 3, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Austen G. Fox* and *George W. Sill* for appellant.

*David D. Duncan* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.